# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**RONALD SATISH EMRIT,**

    **Plaintiff,**

v.                                                           Case No. 1:23-cv-87-AW-MJF

**FLORIDA DEPARTMENT OF LAW
ENFORCEMENT, et al.,**

    **Defendants.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

After Plaintiff failed to comply with court order, the magistrate judge recommended dismissal. ECF No. 6. There has been no objection to the report and recommendation, and I agree that dismissal is appropriate.

The report and recommendation (ECF No. 6) is adopted and incorporated into this order. The clerk will enter judgment that says, "This case is dismissed without prejudice for failure to follow court orders and failure to pay the filing fee." The clerk will then close the file.

SO ORDERED on June 30, 2023.

                                           s/ *Allen Winsor*
                                           United States District Judge